United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION
______________________________/

This Order Relates To:

*See Attachment*

MDL No. 3084

**ORDER GRANTING MOTIONS TO WITHDRAW**

Re: Dkt. Nos. 2109, 2110, 2112, 2173, 2175, 2176, 2178, 2179, 2180

The above captioned motions to withdraw are granted. Within 28 days of this order, each plaintiff shall file a notice indicating whether they intend to pursue the action with new counsel or representing themselves. If any plaintiff does not file that notice, the Court will dismiss their case without prejudice.

Uber's counsel shall provide a copy of this order to the plaintiffs and file a declaration within 7 days of this ruling explaining how they did so.

**IT IS SO ORDERED.**

Dated: March 3, 2025

CHARLES R. BREYER
United States District Judge

**ATTACHMENT**

This Order relates to:

    S.H. v. Uber, Inc.,
    Case No. 3:24-cv-07156-CRB

    B.S. v. Uber, Inc.,
    Case No. 3:24-cv-06948-CRB

    C.S. v. Uber, Inc.,
    Case No. 3:24-cv-06923-CRB

    Jane Doe EB 22 v. Uber, Inc.,
    Case No. 3:24-cv-05245-CRB

    Naccarato v. Uber, Inc.,
    Case No. 3:24-cv-05312-CRB

    Jane Doe EB 19 v. Uber, Inc.,
    Case No. 3:24-cv-05217-CRB

    Jane Doe EB 10 v. Uber, Inc.,
    Case No. 3:24-cv-05197-CRB

    K.B. v. Uber, Inc.,
    Case No. 3:24-cv-05719-CRB

    D.M.S. v. Uber, Inc.,
    Case No. 3:24-cv-05606-CRB